IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janet Oliver,  :
  :
    Plaintiff(s),  :
  : Case Number: 1:12cv252
vs.  :
  : Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
  :
    Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 24, 2013 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 13, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the Commissioner's decision is **AFFIRMED** as supported by the substantial evidence.  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                                                    ___s/Susan J. Dlott_____
                                                                    Chief Judge Susan J. Dlott
                                                                    United States District Court